**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**JOHANA JEUDY,**

    *Petitioner*,

**v.**                        **Case No. 5:26-CV-1489-JKP**

**MARKWAYNE MULLIN, et al.,**

    *Respondents.*

## ORDER GRANTING SUBSTITUTION

Before the Court is a *Motion to Substitute Counsel* (ECF No. 8). Petitioner seeks permission to substitute Karina Roque as attorney of record for present counsel, Miguel A. Taboadato. Having fully reviewed the motion, the Court **GRANTS** it and **ORDERS** that Miguel A. Taboadato is hereby withdrawn as counsel of record for Petitioner. **It further DIRECTS the Clerk of Court to terminate all ECF/CM notices in this case to that individual**.

The Court also **ORDERS** that Karina Roque (State Bar 24118516) of The Presti Law Firm PLLC is substituted as counsel of record for Petitioner. **Using the information provided with the instant motion, the Clerk of Court shall add the new attorney as an attorney of record on the docket of this case**.

**IT IS SO ORDERED this 15th day of May 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**